No. 11M5.  CITY OF MOUNDRIDGE, KANSAS, ET AL. *v.* EXXON MOBIL CORP. ET AL.  Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.  JUSTICE ALITO took no part in the consideration or decision of this motion.

No. 11M13.  WIGREN *v.* UNITED STATES.  Motion for leave to file petition for writ of certiorari with supplemental appendix under seal granted.

No. 11M14.  PASCUAL *v.* UNITED STATES; and

No. 11M23.  IN RE GRAND JURY PROCEEDINGS.  Motions for leave to file petitions for writs of certiorari under seal with redacted copies for the public record granted.

No. 11M20.  IVERSON *v.* VERIZON COMMUNICATIONS; and

No. 11M22.  ONG *v.* PASDAR.  Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 65, Orig.  TEXAS *v.* NEW MEXICO.  Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $6,885.82 for the period July 1, 2010, through June 30, 2011, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 562 U. S. 820.]

No. 08–1448.  BROWN, GOVERNOR OF CALIFORNIA, ET AL. *v.* ENTERTAINMENT MERCHANTS ASSN. ET AL., 564 U. S. 786.  Motion of respondents for attorney's fees and expenses is referred to the United States Court of Appeals for the Ninth Circuit for adjudication.

No. 09–1454.  CAMRETA *v.* GREENE, PERSONALLY AND AS NEXT FRIEND OF S. G., A MINOR, ET AL.; and

No. 09–1478.  ALFORD, DEPUTY SHERIFF, DESCHUTES COUNTY, OREGON *v.* GREENE, PERSONALLY AND AS NEXT FRIEND OF S. G., A MINOR, ET AL., 563 U. S. 692.  Motion of respondent to retax costs granted.

No. 09–10755.  SMITH *v.* FLORIDA, 564 U. S. 1052.  Respondent is requested to file a response to the petition for rehearing within 30 days.

No. 10–1322.  DIRECTV, INC. *v.* LEVIN, TAX COMMISSIONER OF OHIO.  Sup. Ct. Ohio;